# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2012

143121-2 & (15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TIMOTHY CARLSON, RANDALL and
LINDA KOLODZIEJSKI, WILLIAM
and BEVERLY GLASSON, DAVID
and KRISTIN ABRAHAM, DENNIS D.
MARLOWE, DENNIS and TRACY
HIGHT, TED DOBEK, CAROLYN
KUPIEC, FREDERICK and MICHELLE
CROSS, SANDRA POWERS, DANIEL G.
OLIVARES, FRANCESCO and PAMELA
SIMONE, GARY POTAPSHYN, GERALD
KOWALSKI, and FRANK VITALE,
              Plaintiffs-Appellees,

v

CITY OF WARREN,
              Defendant-Appellant.

SC:  143121-2
COA:  299577; 299587
Macomb CC:  2000-01823-CZ

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 29, 2011 and May 2, 2011 orders of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the issue raised in Court of Appeals Docket No. 299577, whether any of the class members' claims are barred by the three-year period of limitation set forth in MCL 600.5805(10); and the issue raised in Court of Appeals Docket No. 299587, whether the defendant has a due process right to defend against the plaintiffs' individual claims of causation and damages in this class action and/or whether there are due process implications to the process of statistical "extrapolation" to be drawn from the testimony of the plaintiffs' expert witnesses. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should now be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2012

Clerk

h0321